# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142009 & (29)(30)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RONALD ALFHONSO DANNER,
        Defendant-Appellant.

SC: 142009
COA: 298565
Berrien CC: 2007-401333-FH

_____/

      On order of the Court, the application for leave to appeal the September 21, 2010 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for an evidentiary hearing and the motion for appointment of counsel are DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

_____
Clerk

h0418